UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert Manchel, Esq.
1 Eves Drive, Suite 111
Marlton, NJ 08053
Attorney for Debtors
RM-1141

In Re:

Vincent and Susan Scopellite

Case No. 16-13346CMG

Judge:

Chapter 13

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

**X     CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

**TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtors in the above-captioned chapter 13 proceeding hereby object to the following (**choose one**):

1.     __X__ Motion for Relief from the Automatic Stay filed by <u>Ford Motor Credit Company, LLC</u>, creditor. A hearing has been scheduled for _January 16, 2019_, at _9:00_ a.m.

OR

_____ Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for _____ at ____ a.m.

OR

_____ Certification of Default filed by _____, creditor. We are requesting that a hearing be scheduled on this matter.

OR

_____ Certification of Default filed by Standing Chapter 13 Trustee.
We are requesting that a hearing be scheduled on this matter.

2. We are objecting to the above for the following reasons (**choose one**):

\_\_\_\_\_ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

\_\_\_\_\_ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

__X__ Other: We made the following auto lease payments: $500 on 12/27/18 and $500 on 1/3/19. We are now current with our vehicle lease payments and will resume regular lease payments as of January 2019. We respectfully request the court deny the movant's request for relief & allow us to continue with our bankruptcy plan.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. We certify under penalty of perjury that the foregoing is true and correct.


Date:   1/3/2019                                    /s/ Vincent Scopellite
                                                    Vincent Scopellite, debtor


Date:   1/3/2019                                    /s/ Susan Scopellite
                                                    Susan Scopellite, debtor