UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
47885
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Ford Motor Credit Company LLC,
servicer for CAB EAST LLC

Order Filed on February 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

VINCENT SCOPELLITE
SUSAN SCOPELLITE

Case No.: 16-13346

Adv. No.:

Hearing Date: 1-16-19

Judge:  CMG

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 1, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Vincent and Susan Scopellite**
**16-13346(CMG)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq, attorney for Ford Motor Credit Company LLC, servicer for CAB EAST LLC, with the appearance of Robert Manchel, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Ford Motor Credit Company LLC is the servicer for CAB EAST LLC, the owner and lessor of a 2016 Ford Explorer bearing vehicle identification number 1FM5K8D89GGC97720 (hereinafter the "vehicle"), which vehicle is leased by the debtor.

2. The debtors shall make all lease payments to Ford Motor Credit Company LLC, servicer for CAB EAST LLC when due, being the 11th day of each month. In the event the debtors fail to make any payment for a period of 30 days after it falls due, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

3. The debtors shall maintain insurance on the vehicle in accordance with the terms of the lease. In the event of a lapse of insurance for any period of time without intervening coverage, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtors and their attorney.

4. The debtors shall pay to Ford Motor Credit Company LLC, servicer for CAB EAST LLC through the plan, a counsel fee of $506 which shall be paid by the trustee as an administrative priority expense.

5. At the end of the lease, if the debtors have not immediately purchased the vehicle in accordance with the lease end purchase option, Ford Motor Credit Company LLC, servicer for CAB EAST LLC <u>shall receive immediate stay relief without any application to the Court or notice to the debtors or their attorney and shall be permitted to immediately repossess and sell the vehicle.</u>