Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–13346–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Vincent Scopellite
2 Homestead Drive
Matawan, NJ 07747

Susan Scopellite
2 Homestead Drive
Matawan, NJ 07747

Social Security No.:
xxx–xx–2194                                                    xxx–xx–8237

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 11, 2019</u>                    <u>Christine M. Gravelle</u>
                                               Judge, United States Bankruptcy Court